## Matilda Donihue v. Henry Rankin.

*Ejectment : Legal title : Provision for support : Right of possession.*   Where the owner of lands has devised an undivided interest in the same in fee to his wife with a provision that his daughter should have her maintenance out of the same, and the wife subsequently devised the same in fee to other daughters, subject to the support of the daughter first mentioned, the latter takes no legal interest in the lands or title to the possession; and she cannot maintain ejectment against the grantees of said devisees.

*Heard and decided January 15.*

Error to St. Clair Circuit.

*Chadwick & Potter,* for plaintiff in error.

*William Grace, W. T. Mitchell* and *O'Brien J. Atkinson,* for defendant in error.

PER CURIAM.

Ejectment for an undivided half of a farm in China, St. Clair county.

The plaintiff's father being owner, devised the undivided half of the farm in question to his wife, in fee, and declared in the will that the plaintiff, who was his daughter, should be maintained out of the share so devised to the wife.  He also devised the other undivided half to his daughters, Margaret and Jane.   Subsequently the wife devised the half so given to her, to two other daughters, Susan and Drusilla, in fee, subject to the support of the plaintiff. Susan and Drusilla then entered into an agreement to provide as between themselves for the support of the plaintiff, and afterwards the former deeded her interest to one Reynolds; the same being the north forty acres of the farm, which she had come to hold separately, under some partition between her and her sister Drusilla.   At the same time she united with her husband in a mortgage to Reynolds on other lands to indemnify him against any claim of the

plaintiff under the will.    Reynolds, it would seem, conveyed to Rankin, the defendant, and at the same time assigned to him the indemnity mortgage.    The defendant went in and now occupies.    On the strength of these transactions the plaintiff sued in ejectment, claiming a legal title.    The court ruled against the plaintiff, and she brought error.

We are all of opinion that the court decided correctly. We cannot find in the record any evidence of a legal interest of the plaintiff in the premises in question, or any evidence of legal title to the possession.

The judgment should be affirmed, with costs.